**Marciano Pangilinan DIMACALI, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 02–71489.

INS No. A70–670–979.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 6, 2003.

Decided May 9, 2003.

Before B. FLETCHER, SILVERMAN, Circuit Judges, and MARTONE, District Judge.*

MEMORANDUM**

Marciano Pangilinan Dimacali, a native and citizen of the Philippines, petitions this

court to reverse the decision of the Board of Immigration Appeals ("BIA") that he is ineligible for asylum, 8 U.S.C. § 1101(a)(42)(A), and for withholding of deportation. We must uphold the BIA's decision if it is supported by substantial evidence. *See INS v. Elias–Zacarias,* 502 U.S. 478, 479, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

The evidence does not compel the conclusion that Dimacali suffered persecution or has a well founded fear of persecution because after his abduction, he was able to live safely in Manila for a year and his wife and children were able to continue residing safely in Baguio City. *Cf. Prasad v. INS,* 47 F.3d 336, 339–40 (1995). Similarly, the BIA reasonably determined that Dimacali had not established an entitlement to withholding of deportation pursuant to 8 U.S.C. § 1231(b)(3)(A). *See Navas v. INS,* 217 F.3d 646, 655 (9th Cir.2000).

**PETITION DENIED.**

* The Hon. Frederick J. Martone, United States District Judge for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.